Certificate Number: 12433-PAM-DE-037576661

Bankruptcy Case Number: 23-01364



12433-PAM-DE-037576661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2023, at 12:59 o'clock AM EDT, Rose D. Rajza completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 10, 2023

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher