United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rose D. Rajza  
    Debtor

Case No. 23-01364-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 31, 2023      Form ID: ntcnfhrg      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose D. Rajza, 157 Jason Drive, Plains, PA 18702-2727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5548380 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2023 19:26:18 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5557236 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2023 19:26:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548381 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2023 19:25:37 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5555182 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2023 19:26:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5548382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:26:14 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5548383 | | Email/Text: mrdiscen@discover.com | Jul 31 2023 19:10:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5550829 | | Email/Text: mrdiscen@discover.com | Jul 31 2023 19:10:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5550272 | | Email/Text: mrdiscen@discover.com | Jul 31 2023 19:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5548384 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:26:16 | Good Year CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5548385 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:25:40 | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 5548386 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 31 2023 19:15:11 | JPMCB Card Services, 301 N. Walnut St, Floor 09, Wilmington, DE 19801-3935 |
| 5556751 | + | Email/Text: RASEBN@raslg.com | Jul 31 2023 19:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5548388 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2023 19:10:00 | PNC Bank, 3232 Nemark Drive, Miamisburg, OH 45342 |
| 5548389 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2023 19:10:00 | PNC Bank, National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 5548387 | | Email/Text: csc.bankruptcy@amwater.com | Jul 31 2023 19:11:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh PA 15250-7412 |
| 5548390 | + | Email/Text: ngisupport@radiusgs.com | Jul 31 2023 19:10:00 | Radius Global Solutions LLC, 500 North Franklin |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Turnpike, Suite 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 5548391 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 31 2023 19:26:14 | SYNCB / JCPenneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5548392 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 31 2023 19:14:47 | SYNCB / Sam's Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5548393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:25:59 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5548394 | | Email/Text: bkrcy@ugi.com | Jul 31 2023 19:11:00 | UGI, PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5557237 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Rose D. Rajza zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Rose D. Rajza,<br>aka Rose Deborah Rajza, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−01364−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 31, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: September 7, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 31, 2023 |

ntcnfhrg (08/21)