United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rose D. Rajza  
    Debtor

Case No. 23-01364-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 31, 2023      Form ID: pdf002      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose D. Rajza, 157 Jason Drive, Plains, PA 18702-2727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5548380 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2023 19:26:03 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5557236 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2023 19:26:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548381 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2023 19:15:14 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5555182 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2023 19:15:11 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5548382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:25:59 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5548383 | | Email/Text: mrdiscen@discover.com | Jul 31 2023 19:10:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5550829 | | Email/Text: mrdiscen@discover.com | Jul 31 2023 19:10:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5550272 | | Email/Text: mrdiscen@discover.com | Jul 31 2023 19:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5548384 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:25:41 | Good Year CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5548385 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:25:59 | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 5548386 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 31 2023 19:25:34 | JPMCB Card Services, 301 N. Walnut St, Floor 09, Wilmington, DE 19801-3935 |
| 5556751 | + | Email/Text: RASEBN@raslg.com | Jul 31 2023 19:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5548388 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2023 19:10:00 | PNC Bank, 3232 Nemark Drive, Miamisburg, OH 45342 |
| 5548389 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2023 19:10:00 | PNC Bank, National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 5548387 | | Email/Text: csc.bankruptcy@amwater.com | Jul 31 2023 19:11:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh PA 15250-7412 |
| 5548390 | + | Email/Text: ngisupport@radiusgs.com | Jul 31 2023 19:10:00 | Radius Global Solutions LLC, 500 North Franklin |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Turnpike, Suite 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 5548391 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 31 2023 19:26:12 | SYNCB / JCPenneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5548392 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 31 2023 19:25:59 | SYNCB / Sam's Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5548393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2023 19:25:43 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5548394 | | Email/Text: bkrcy@ugi.com | Jul 31 2023 19:11:00 | UGI, PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5557237 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| J. Zac Christman | on behalf of Debtor 1 Rose D. Rajza zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**ROSE D. RAJZA,** aka<br>Rose Deborah Rajza,<br><br>Debtors | CHAPTER 13<br><br>CASE NO. **5:23-bk-01___**<br><br> X  ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1st , 2nd , 3rd , etc.)<br>___ Number of Motions to Avoid Liens<br>___ Number of Motions to Value Collateral |

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.      PLAN FUNDING AND LENGTH OF PLAN.**

   **A.  Plan Payments From Future Income**

      1. To date, the Debtor paid **$ 0**  (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$ 7,056** , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| **07/2023** | **06/2026** | **$ 196** | **N/A** | **$ 196** | **$ 7,056** |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | **$ 7,056** |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: ( X ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

    B. **Additional Plan Funding From <u>Liquidation of Assets/Other</u>**

    1. The Debtor estimates that the liquidation value of this estate is **$ 7,016.26**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

  X   No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

**2. SECURED CLAIMS.**

    A. **<u>Pre-Confirmation Distributions</u>.** *Check one.*

  X   None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

    B. **<u>Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor</u>.** *Check one.*

     None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

2

   X      Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| PNC Bank | Debtor's Residence at 157 Jason Drive Wilkes Barre, PA 18702 | 9809 |
| PNC Bank | Debtor's Residence | 8000 |

**C. Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

   X      None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

          The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
|  |  |  |  |  |

**D. Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

   X      None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

3

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

_X_ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees</u>. Complete only one of the following options:

      a. In addition to the retainer of **$ N/A** already paid by the Debtor, the amount of **$ N/A** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. **$ MetLife Legal Insurance at Legal Insurance rates** per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

      _X_ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including certain Domestic Support Obligations).**

   Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

4

Case 5:23-bk-01364-MJC    Doc 17    Filed 08/02/23    Entered 08/03/23 00:26:35    Desc
Imaged Certificate of Notice    Page 6 of 8

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

  X    None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

   X    None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   X    None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ___ plan confirmation.
   X  entry of discharge.
   ___ closing of case:

7. **DISCHARGE: (Check one)**

   (X)   The debtor will seek a discharge pursuant to § 1328(a).
   (  )   The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

5

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level 1 | Adequate protection payments | **$ -0-** | |
|---|---|---|---|
| Level 2 | Debtor's attorney's fees. | **$ -0-** | |
| Level 3 | Domestic Support Obligations | **$ -0-** | |
| Level 4 | Priority claims, pro rata | **$ -0-** | |
| Level 5 | Secured claims, pro rata | **$ -0-** | |
| Level 6 | Specially classified unsecured claims | **$ -0-** | |
| Level 7 | General unsecured claims | **$ 6,491** | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | **$ -0-** | |
| | Subtotal | | **$ 6,491** |
| | Trustee Commission (Estimated at 8%) | **$ 565** | |
| | Total | | **$ 7,056** |

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

A. This Plan contains 1) a chart in Section 8, above, that contains estimated distributions to each class of creditors, in addition to all other items required by the Model Plan; and 2) no signature line for a joint debtor as there is none.

Dated: /s/ June 19, 2023         /s/ J. Zac Christman
                                 J. Zac Christman, Esquire, Attorney for Debtor


                                 /s/ Rose D. Rajza
                                 **ROSE D. RAJZA,** Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

6