| | | |
|---|---|---|
| In re: **ROSE D. RAJZA,** aka | : | **Chapter 13** |
| Rose Deborah Rajza, | : | Case No. **5:23-bk-01364-MJC** |
| Debtor(s), | : | |
| | : | |
| **PNC BANK, NA,** | : | |
| Movant(s), | : | Motion for |
| v. | : | **Relief from Stay** |
| **ROSE D. RAJZA,** and | : | |
| **JACK. N. ZAHAROPOULOS, TRUSTEE,** | : | |
| Respondent(s), | : | |

## ANSWER TO MOTION OF PNC BANK FOR RELIEF FROM STAY

AND NOW COMES Debtor(s) **ROSE D. RAJZA,** by and through their attorneys, J. ZAC CHRISTMAN, ESQUIRE, and in Answer to the Motion of **PNC BANK** for Relief from Stay aver:

1 - 2.    Admitted.

3.    Denied. Upon information and belief, the Trustee was appointed by the Office of United States Trustee.

4.    Admitted in part and Denied in part. Upon information and belief the maximum amount of the line of credit was $100,000, not necessarily the balance.

5.    Denied. There were no prepetition arrears per the filed Proof of Claim, and therefore there was no possible foreclosure action to be commenced or continued.

6.    Denied. Movant has failed to service the mortgage as it did prior to filing since September of 2025, which is a significant reason for the amount of the arrears alleged. Previously, Debtor had access to online records and the status of payments on the mortgage. Since, the only information available online is the total balance due. Debtor made three payments of $485 by paying over the counter at a PNC Branch that are not credited in the Motion or postpetition payment history. The payments were made on February 13, 2026, February 24, 2026, and March 10, 2026.

7. Denied. Debtor three payments of $485 that are not credited in the Motion or postpetition payment history. At most, Debtor is one payment from being **contractually current** on the mortgage.

8. Denied. See responses to paragraphs 6 and 7, above.

9. Denied. Movant is not entitled to relief from stay, as Movant is more than adequately protected by a large equity buffer (estimated at $55,000 plus any decrease in the balances of the two mortgage held by PNC Bank) and the postpetition payments acknowledged by the postpetition payment history. See Docket Entry 28-2.

10. Denied. Movant has not incurred more than $50 of attorneys' fees that would be the responsibility of Debtor, as the mortgage is well within the Act 6 limits. Further, the failure to service the mortgage postpetition, despite the mortgage being contractually current, provide Debtor with an equitable defense to any attorneys' fees or costs.

11. Denied to the extent the averments of paragraph 11 are other than a statement or conclusion of law or misplaced request for relief to which no response is required. The property is necessary for an effective reorganization.

WHEREFORE, Debtors **ROSE D. RAJZA** respectfully pray this Honorable Court for an Order than the Motion of **PNC BANK** for Relief from Stay be Denied, and for such other and further relief as the Honorable Court deems just and appropriate.

Respectfully Submitted,

/s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor
538 Main Street, Suite 102
Stroudsburg, PA 18360
(570) 234-3960
zac@jzacchristman.com