**Fill in this information to identify the case:**

Debtor 1 **ROSE D. RAJZA**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Middle District of Pennsylvania** (State)

Case Number **5:23-BK-01364-MJC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** PNC BANK

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 0 9

**Property Address:**

157 JASON DR
Number Street

WILKES BARRE PA 18702
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

| **Part 4:** | **Postpetition Payment** |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)** |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Donna Schott
Signature

Date 10/21/2026

Trustee: Jack N. Zaharopoulos
First Name Middle Name Last Name

Address: 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566-6097

Email info@pamd13trustee.com

# History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROSE D. RAJZA<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>ROSE D. RAJZA<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:23-BK-01364-MJC |

**CERTIFICATE OF SERVICE**

AND NOW, this 21st day of October, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES TRUSTEE
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA  17102

PNC BANK
P.O. BOX 94982
CLEVELAND, OH  44101

J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
538 MAIN ST, SUITE 102
STROUDSBURG, PA  18360

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

ROSE D. RAJZA
157 JASON DRIVE
PLAINS, PA 18705

PNC BANK
P.O. BOX 94982
CLEVELAND, OH 44101

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee