**Fill in this information to identify the case:**

Debtor 1: Rose D. Rajza

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 23-bk-01364

Official Form 410S1

# Notice of Mortgage Payment Change     12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 0 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/15/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 482.55

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?
   - ☒ No
   - ☐ Yes.

   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
                          − $_____

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

| | | |
|---|---|---|
| Debtor 1 | **Rose D. Rajza**<br>First Name   Middle Name   Last Name | Case number (*if known*) __23-bk-01364__ |

Amount of next payment (including reconciliation amount)          $_____

Amount of the new payment thereafter (without reconciliation amount)     $_____

### Part 4:   Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: **Daily Simple Interest Accrual for Billing Period**

   Current mortgage payment: $ __483.29__    New mortgage payment: $ __482.55__

### Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /S/ __Natasha L. Heitzman__          Date __01__/__21__/__2026__
Signature

Print: __Natasha__   __L.__   __Heitzman__          Title: __Bankruptcy Specialist__
       First Name   Middle Name   Last Name

Company: __PNC Bank, N.A.__

Address: __PO Box 94982__
         Number    Street
         __Cleveland__          __Ohio__   __44101__
         City                    State    ZIP Code

Contact phone (__855__) __245__ - __3814__     Email __bankruptcy.administration.internal@pnc.com__

# UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania (Wilkes-Barre)

| IN RE: Rose D. Rajza | Case No. 23-bk-01364 <br> Judge      Mark J Conway <br> Chapter    13 |
|---|---|

### CERTIFICATE OF SERVICE OF
### Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 01/21/2026 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: J. Zac Christman
Trustee: Jack N Zaharopoulos
Office of the United States Trustee

Further, I certify that, on 01/21/2026 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Rose D. Rajza          157 Jason Drive
                             Plains, PA 18705

By: /s/ Natasha L. Heitzman
     Natasha L. Heitzman
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814